# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TONY MONKS, | )<br>) |
| Petitioner, | ) |
| v. | )   No. 1:06-cv-1143-SEB-VSS |
| | ) |
| WILLIAM WILSON, | ) |
| | ) |
| Respondent. | ) |

# E N T R Y

    The respondent's motion to dismiss based on the action being moot is **granted.** The reason the action is moot is because the challenged disciplinary proceeding has been administratively expunged and the petitioner will receive a new hearing in that case, No. ISR 06-01-0095. This is the most relief the petitioner could have received in this action if he had prevailed on the merits. An action which is moot must be dismissed for lack of jurisdiction. Judgment consistent with this Entry shall now issue.

    **IT IS SO ORDERED**.

Date: 11/29/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana