UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TONY MONKS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:06-cv-1143-SEB-VSS |
| | ) |
| WILLIAM WILSON, | ) |
| | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 11/29/2006

*Sarah Evans Barker* (signature)
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tony Monks
DOC #905786
Westville Correctional Center
P.O. Box 473
Westville, IN 46391-0473

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770